816 A.2d 152

IN THE MATTER OF EMILIO SANTIAGO, AN ATTORNEY
AT LAW (ATTORNEY NO. 008191995)

February 28, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–168, concluding that **EMILIO SANTIAGO** of **CLIFTON,** who was admitted to the bar of this State in 1995, should be suspended from the practice of law for a period of three months for violating *RPC* 3.3(a)(1)(knowingly making a false statement of material fact or law to a tribunal), *RPC* 3.3(a)(5)(1)(failing to disclose to a tribunal a material fact with knowledge that the tribunal may tend to be misled by such failure), *RPC* 8.4(b)(commission of a criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer), *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), and *RPC* 8.4(d)(conduct prejudicial to the administration of justice);

And the Disciplinary Review Board further having concluded that on reinstatement to practice, respondent should practice under supervision by an attorney approved by the Office of Attorney Ethics for a period of two years;

And good cause appearing;

It is ORDERED that **EMILIO SANTIAGO** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective March 28, 2003; and it is further

ORDERED that on reinstatement to practice, respondent shall practice law under the supervision of a practicing attorney approved by the Office of Attorney Ethics, for a period of two years and until the further order of the Court; and it is

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.